

**ORDERED in the Southern District of Florida on August 12, 2014.**

UNITED STATES B~
SOUTHERN DIST
FORT LAUDER~~~~ ~~~~~~~
Raymond B. Ray, Judge
United States Bankruptcy Court

CASE NO:   14-12717-RBR

IN RE:

GLORIA DAILEY                                    CHAPTER 13

_____Debtor_____/

## ORDER GRANTING IN PART AND DENYING IN PART DEBTOR'S MOTION TO SHORTEN PREJUDICE PERIOD AND NOT HOLD PRIOR CASE FILING

THIS CAUSE came to be heard on July 24th 2014, on the Debtors Motion to Shorten Prejudice Period and not Hold Prior Case Filing, and the Court having received recommendations of the Trustee after hearing arguments of the Debtors Attorney, and being otherwise fully advised in the premises, it is:

ORDERED as follows:

1. The Debtor's Motion to Shorten Prejudice Period is GRANTED,

2. The Debtor Motion to Not Hold as a Prior Case Filing is denied,

3. Any payments that the Debtor makes in the new case will be vested for the benefit of the Creditors.

ORDER SUBMITTED BY

LYNDA AMADI ESQ
FLA BAR No.: 0681334
P. O. BOX 694066
MIAMI FLORIDA 33269

COPIES FURNISHED TO:

Lisa DiSalle Esq
Quintairos, Prieto, Wood, & Boyer, P.A.
One Independent Drive, Suite 1650
Jacksonville, Florida 32202
FLSDBKNOTICES@QPWBLAW.com

Bank of America
P. O. Box 982235
Es Paso TEXAS 79998

Capital One
P. O. Box 30281
Salt Lake City, UT 84130

Chase
P. O. Box 15298
Wilmington DE 19850

Citicard
P. O. Box 6241
Sioux Falls, SD 57117

Internal Revenue Service
SPF – Bankruptcy
P. O. Box 17167 Stop 5670
Attn.: Bankruptcy Unit
Ft. Lauderdale, FL 33318

Lexus Financial Savings Bank
Litton Loan Servicing LP
P. O. Box 4528
Houston, TX 77210

Ocwen
P. O. Box 24737
West Palm Beach Florida 33416